## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

Kevin T. Purcell,

                                                    Case No. 3:18-cv-00074-RGJ

                              Plaintiff,

v.

Acceptance Now d/b/a
RAC Acceptance East, LLC, et al.

                              Defendants.

### AGREED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the plaintiff, Kevin T. Purcell, and the defendant, RAC Acceptance East, LLC (erroneously named in the Complaint as "Acceptance Now d/b/a RAC Acceptance East, LLC") (hereinafter "RAC"), by and through their respective counsel, hereby state as follows:

1.      Purcell and RAC have agreed to resolve the claims asserted against one another and have entered into a written settlement agreement to that effect;

2.      Pursuant to the above-referenced settlement agreement, the Purcell and RAC hereby stipulate and agree that (a) Purcell's claims against RAC shall be dismissed with prejudice; and (b) RAC's counterclaim against Purcell shall be dismissed with prejudice.

Having considered the parties' above agreement and stipulation, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Purcell's claims against RAC are DISMISSED with prejudice.

IT IS HEREBY FURTHER ORDERED that RAC's counterclaim against Purcell is DISMISSED with prejudice.

Dated:

_____

Judge Rebecca G. Jennings,
United States District Court

Tendered by:

Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email: zvanvactor@stites.com
*Counsel for Defendant RAC Acceptance East, LLC*

Have seen and agreed:

/s/ *David W. Hemminger* (with permission)
David W. Hemminger
HEMMINGER LAW OFFICES, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Telephone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff Kevin T. Purcell*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" through the Court's CM/ECF System to all parties of record on July 31, 2018.

_____
*Counsel for Defendant RAC Acceptance East, LLC*