UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| KEVIN T. PURCELL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:18-cv-00074-RGJ |
| | ) | |
| ACCEPTANCE NOW d/b/a RAC ACCEPTANCE EAST, LLC, BEACON COMMUNITY CREDIT UNION, INC., GLA COLLECTION COMPANY, INC., EQUIFAX INFORMATION SERVICES, INC. And EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Kevin T. Purcell, and the Defendant, GLA Collection Company, Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Company, Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Company, Inc., and said parties to pay their own costs.

*DATED* _____

_____
JUDGE, U.S. DISTRICT COURT

TENDERED BY:

/s/William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Counsel for GLA Collection Company, Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE:  (812) 949-2300
FAX:  (812) 949-8556
E-MAIL:  wsmith@k-glaw.com


DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Ste. 100-C
Louisville, KY  40243
hemminglawoffice@gmail.com

180243\4713489-1