Ver. 12/11/18

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

CIVIL ACTION NO.: 3:18-CV-00074-RGJ

KEVIN T. PURCELL,  )
    Plaintiff  )
  )
v.  )
  )
BEACON COMMUNITY CREDIT UNION, INC. )
    Defendant  )
  )

**JOINT STIPULATION OF DISMISSAL
OF CLAIMS OF PLAINTIFF AND DEFENDANT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Kevin T. Purcell ("Mr. Purcell"), and Defendant, Beacon Community Credit Union, Inc. ("Beacon"), by counsel, stipulate to dismissal with prejudice of the claims of Mr. Purcell herein asserted against Beacon, including all claims for court costs and attorneys' fees, and also to the dismissal with prejudice of the claims of Beacon herein asserted against Mr. Purcell, including all claims for court costs and attorneys' fees, as settled pursuant to their written Settlement Agreement dated as of December 19, 2018, but with the Court retaining jurisdiction to enforce that Settlement Agreement.

**HAVE SEEN AND AGREE:**

| | |
|---|---|
| <u>/s/David W. Hemminger (with permission)</u><br>David W. Hemminger<br>Hemminger Law Office, P.S.C.<br>331 Townepark Circle, Suite 100-C<br>Louisville, KY 40243<br>PH: 502-443-1060<br>FAX: 502-873-5300<br>hemmingerlawoffice@gmail.com<br>*Counsel for Plaintiff, Kevin T. Purcell* | <u>/s/ M. Thurman Senn</u><br>M. Thurman Senn (KBA #82343)<br>Morgan Pottinger McGarvey<br>401 S. Fourth Street, Suite 1200<br>Louisville, KY 40202<br>PH: 502-589-2780<br>FAX: 502-585-3498<br>mts@morganandpottinger.com<br>*Counsel for Defendant, Beacon Community Credit Union, Inc.* |

Ver. 12/11/18

## Certificate of Service

I hereby certify that the foregoing was served this 25th day of January, 2019, by transmission thereof through the Court's ECF filing system to each party in the case who is registered as an electronic case filing user with the Clerk.

/s/ M. Thurman Senn
M. Thurman Senn (KBA #82343)
*Counsel for Defendant*

2